tion", defendant's motion for a pretrial hearing to determine whether the complainants had been subjected to suggestive questioning was also properly denied (*People v Alvarez*, 159 Misc 2d 963, 965; *cf., People v Michael M.*, 162 Misc 2d 803, 811). The record supports the court's determination that the period of postreadiness delay occasioned by DNA testing is excludable from the statutory period as an adjournment requested by defendant (*see, People v White*, 211 AD2d 982, 985, *lv denied* 85 NY2d 944). Defendant's remaining contention is not preserved for our review (*see,* CPL 470.05 [2]), and we decline to exercise our power to review it as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]). (Appeal from Judgment of Ontario County Court, Harvey, J.— Rape, 1st Degree.) Present—Green, J. P., Lawton, Pigott, Jr., Callahan and Balio, JJ.

■ In the Matter of CAMRON R., a Child Alleged to be Abused. ONTARIO COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JOSEPH R., Appellant. (Appeal No. 1.) [674 NYS2d 218] —Order unanimously affirmed without costs. Memorandum: Family Court did not abuse its discretion in denying the motion of respondent for an examination of his son by his own expert (*see, Matter of Jessica R.*, 78 NY2d 1031, 1033-1034; *Matter of Stephanie A.*, 224 AD2d 1027, 1028, *lv denied* 88 NY2d 814). The testimony of petitioner's expert was sufficient to corroborate the child's out-of-court statements (*see, Matter of Nicole V.*, 71 NY2d 112, 121; *Matter of Stephanie A., supra,* at 1028), and the record is sufficient to support the court's finding that respondent sexually abused his son. In light of the uncooperative and hostile attitude of respondent during the investigation, his lack of significant contact with his son prior to the abuse, the extent of the son's psychological damage and respondent's refusal to enter a sex offender treatment program, the court's order of protection, prohibiting respondent from having any contact with his son, is not an abuse of discretion. (Appeal from Order of Ontario County Family Court, Harvey, J.—Abuse.) Present—Green, J. P., Lawton, Pigott, Jr., Callahan and Balio, JJ.

■ In the Matter of CAMRON R., a Child Alleged to be Abused. ONTARIO COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; JOSEPH R., Appellant. (Appeal No. 2.) [673 NYS2d 964] —Appeal unanimously dismissed without costs (*see, Matter of Lisa E.* [appeal No. 1], 207 AD2d 983). (Appeal from Order of Ontario County Family Court, Harvey, J.—Abuse.) Present—Green, J. P., Lawton, Pigott, Jr., Callahan and Balio, JJ.

■ In the Matter of CITY OF WATERTOWN, Petitioner, v TOWN BOARD OF TOWN OF PAMELIA, Respondent. (Proceeding